IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE VIDAL NAVARRO-GONZALEZ, <br><br> Defendant. | 8:21–CR–72 <br><br> ORDER GRANTING MOTION TO WITHDRAW AND DENYING MOTION TO REDUCE SENTENCE |

This matter is before the Court on the *pro se* Motion to Reduce Sentence filed by Jose Vidal Navarro-Gonzalez, Filing 68, and the Motion to Withdraw filed by Federal Public Defender, Mr. David R. Stickman. Filing 69. After Navarro-Gonzalez filed his Motion to Reduce Sentence, the Office of the Federal Public Defender was appointed to represent him pursuant to General Order No. 2023-09. Filing 67. The purpose of this appointment was to determine whether Navarro-Gonzalez qualified "for relief pursuant to either the 2023 U.S. Sentencing Guidelines amendments of U.S.S.G. § 1B1.13 or U.S.S.G. § 1B1.10 providing for the retroactive application of Amendment 821[.]" Filing 67 at 1. On February 26, 2024, Mr. Stickman moved to withdraw as counsel because "the new guideline range under Amendment 821 is not lower than the Defendant's sentence and therefore no relief is allowed under Amendment 821." Filing 69 at 1. The United States Probation Office also submitted a worksheet in this case which states that Navarro-Gonzalez is not entitled to a reduction. Filing 70 at 1.

The Court has conducted its own review of Navarro-Gonzalez's *pro se* Motion, Filing 68, along with other relevant matters in the record. The Court concludes that Navarro-Gonzalez is not entitled to the sentencing relief he seeks. His *pro se* Motion, Filing 68, is therefore without merit and will be denied. The Court likewise concludes that Mr. Stickman's Motion to Withdraw should be granted for the reasons he set forth in his Motion. Accordingly,

1

IT IS ORDERED:

1. Federal Public Defender David R. Stickman's Motion to Withdraw, Filing 69, is granted; and

2. Jose Vidal Navarro-Gonzalez's *pro se* Motion to Reduce Sentence, Filing 68, is denied.

Dated this 11th day of March, 2024.

BY THE COURT:

Brian C. Buescher
United States District Judge